ORIGINAL

**SEALED BY ORDER OF THE COURT**

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

REBECCA A. PERLMUTTER
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: Rebecca.Perlmutter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 5 2024

at____ o'clock and____ min.____M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 24- CR24-00006 JMS |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | |
| MICHAEL LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The Grand Jury charges:

<u>Possession of Child Pornography</u>
(18 U.S.C. § 2252A(a)(5)(B))

From on or about December 11, 2021 through December 21, 2023, within the District of Hawaii and elsewhere, MICHAEL LOPEZ, the defendant, did

knowingly possess any material that contained images of child pornography, as defined by Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

DATED: January 24, 2024, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

_(signature)_ for
CLARE E. CONNORS
United States Attorney
District of Hawaii

_(signature)_ for
REBECCA A. PERLMUTTER
Assistant U.S. Attorney

United States v. MICHAEL LOPEZ
Indictment
Cr. No. 24-   CR 24-00006 JMS

2